AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

William Michael Darrah, an individual,

      Plaintiff,

      v.

Kenneth L. Salazar, Secretary of the U.S. Department of Interior, in his official capacity,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3012-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's claims are DISMIISED WITH PREJUDICE.  Each party shall bear their own attorneys' fees and costs.  File closed.

February 22, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer